# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Revocation of Supervised Release) |
| **CLARENCE ALLEN CRAWFORD** | |
| a/k/a Clarence Allen Crawford, III | CASE NUMBER: **1:07-CR-00113-001** |
| | USM NUMBER: **09813-003** |

**THE DEFENDANT:**                                  Paul D. Brown, Esquire
                                                                     **Defendant's Attorney**

☒  admitted guilt to violation of supervision condition: <u>11 as set out in the petition dated 10/9/2013.</u>
☒  was found in violation of supervision condition: <u>Statutory as set out in the petition dated 10/9/2013.</u>

| Violation Number | Nature of Violation | Date violation Occurred |
|---|---|---|
| Statutory Condition | New Offense | 09/22/2013 |
| 11 | Technical | |

  The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) ____ and is discharged as to such violation(s) condition.

  IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

**Defendant's Social Security No.** <u>0760</u>          <u>November 13, 2013</u>
                                                                            Date of Imposition of Judgment

**Defendant's Date of Birth:** <u>1978</u>

                                                                            /s/ Callie V. S. Granade
**Defendant's Residence Address:**                  UNITED STATES DISTRICT JUDGE
<u>Mobile, AL</u>

**Defendant's Mailing Address:**                    <u>November 15, 2013</u>
                                                                            Date

Defendant: **CLARENCE ALLEN CRAWFORD, a/k/a Clarence Allen Crawford, III**
Case Number: **1:07-CR-00113-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **EIGHTEEN (18) MONTHS**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
 ☐ at ___ .m. on ___.
 ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
 ☐ before 2 p.m. on ____.
 ☐ as notified by the United States Marshal.
 ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____

with a certified copy of this judgment.

                                                        UNITED STATES MARSHAL

                                                      By _____
                                                            Deputy U.S. Marshal